## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**Plaintiff,**

**Vs.**

**SEA STAR LINES LLC**

**Defendant**

**Criminal 11-00511 (DRD)**

### MOTION SUBMITTING NOTARIZED DECLARATION

**COMES NOW**, Defendant, and pursuant to this Honorable Court's order hereby submit Mr. Anthony Chiarello's notarized Declaration, as **Exhibit A.**

**WHEREFORE**, defendant respectfully requests that this Honorable Court take notice of the above and accept Mr. Chiarello's notarized Declaration.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 23rd day of December 2011.

**I HEREBY CERTIFY** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

 /s/ Harold D. Vicente-Colon

**Harold D. Vicente-Colon**
VICENTE & CUEBAS
P.O. Box 11609
San Juan, Puerto Rico 00910-1609
Tel.:   (787) 751-8000
Fax:   (787) 756-5250
Email: *hdvc@vc-law.net*

*Attorneys for Defendant*
*Sea Star Line LLC*